# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 11-0240-SVW |
| Plaintiff, | ORDER OF DETENTION AFTER HEARING (Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation/ Supervised Release Conditions) |
| v. | |
| LUIS SORIANO GALEANA | |
| Defendant. | |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

(A) (X) the appearance of defendant as required; and/or

(B) (X) the safety of any person or the community.

//
//

The court concludes:

A. [X] Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that: he will refrain from criminal conduct

(B) [X] Defendant is a flight risk because defendant has not shown by clear and convincing evidence that: he will abide by conditions of release; also no bail resources

IT IS ORDERED that defendant be detained.

DATED: 5/30/17

*signature*

SUZANNE H. SEGAL
UNITED STATES MAGISTRATE JUDGE

2