| | |
|---|---|
| | |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO.: 2:11-cr-00240-SVW |
| Plaintiff | ) |
| | ) AMENDED JUDGMENT AND |
| | ) COMMITMENT ORDER |
| vs. | ) |
| | ) |
| Luis Soriano Galeana | ) |
| | ) |
| Defendant. | ) |
| | ) |

WHEREAS, on June 4, 2021, came the attorney for the government, Charles E. Fowler, Jr., and the defendant appeared via Zoom with appointed counsel, Jennifer J. Uyeda, DFPD. Also appearing is U.S. Probation Officer, Kristopher Choi. All appearances, including the court, are made via Zoom.

IT IS ADJUDGED, upon the findings of the Court, supervised release is revoked, vacated, and set aside. The defendant is committed to the custody of the Bureau of Prisons for a period of **TWELVE (12) MONTHS and ONE (1) DAY**, with no supervision to follow.

The Court grants the government's motion to dismiss the fourth allegation.

/ / /

/ / /

/ / /

IT IS ORDERED that the Clerk deliver a copy of this judgment modifying supervised release to the U.S. Marshal and the U.S. Probation Office, or other qualified officer.

DATE: June 30, 2021

STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE

DATE: June 30, 2021

KIRY K. GRAY, CLERK OF COURT

by **PM Cruz**
Paul M. Cruz, Deputy Clerk